# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ADARIUS HARRIS,**

    **Petitioner,**

**v.**                                                      **Case No. 1:17-cv-211-AW-HTC**

**MARK S. INCH,**

    **Respondent.**

_____/

## ORDER OF DISMISSAL

This Court has considered the magistrate judge's report and recommendation (ECF No. 44). No party has filed objections. The report and recommendation is accepted and adopted as the Court's opinion, Respondent's motion to dismiss (ECF No. 30) is GRANTED, and the petition for writ of habeas corpus (ECF No. 1) is DISMISSED WITH PREJUDICE. The Clerk is directed to enter judgment stating, "This case is dismissed with prejudice." The Clerk is also directed to close the file. A certificate of appealability is DENIED.

    SO ORDERED on September 3, 2019.

                                                                s/ *Allen Winsor*
                                                                United States District Judge